**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      Annice Hall v. Harris County, Texas

Appellate case number:   01-20-00680-CV

Trial court case number:  2020-39373

Trial court:                333rd District Court, Harris County

      Appellant, who is proceeding pro se, is appealing from the trial court's September 9, 2020 order granting Harris County's plea to the jurisdiction. Appellant's brief is due to be filed within 30 days after the record is filed. *See* TEX. R. APP. P. 38.6(a). The clerk's record had not yet been filed when appellant tendered her brief on November 5, 2020, and therefore, the clerk's office marked it as received and not filed. The clerk's record was filed on November 9, 2020.

      The brief tendered on November 5, 2020 is not in compliance with the briefing requirements set out in the Texas Rules of Appellate Procedure. It does not include the required sections: statement of issues presented, statement of facts, and prayer. *See* TEX. R. APP. P. 38.1. The Statement of Facts section must include citations to the record. *See* TEX. R. APP. P. 38.1(g). "[P]ro se litigants are held to the same standards as attorneys and must comply with all applicable and mandatory rules of pleading and procedure." *DeMino v. Sheridan*, 176 S.W.3d 359, 373 n. 17 (Tex. App.—Houston [1st Dist.] 2004, no pet.).

      Therefore, the brief tendered on November 5, 2020 is stricken. *See* TEX. R. APP. P. 38.9. Appellant is **ordered** to file a corrected brief **within 20 days of the date of this order** in compliance with Rules 38.1. *See* TEX. R. APP. P. 38.1.

      If appellant files an amended brief, appellee may file an amended brief **within 20 days after appellant's amended brief is filed**.

      It is so ORDERED.

Judge's signature: ___Justice Richard Hightower_____

               ☑ Acting individually    ☐ Acting for the Court

Date: ___December 10, 2020_____